BRIAN C. LEIGHTON, CA BAR 090907
701 Pollasky Avenue
Clovis, CA 93612
(559) 297-6190
Fax (559) 297-6194

DONALD LESCOULIE, CA BAR 82278
7100 N. Financial Drive, Suite 105
Fresno, CA 93720
(559) 432-9122
Fax (559) 431-2267

Attorneys for Plaintiff
    Robert A. Cervantes

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES, *ex rel.*, ROBERT A. CERVANTES,<br><br>    Plaintiffs,<br><br>v.<br><br>DELAINE EASTIN, individually and as Superintendent of Public Instruction; CALIFORNIA DEPARTMENT OF EDUCATION, a department of the State of California; and COLEGIO DE AMNISTIA, INC., a California Corporation,<br><br>    Defendants. | CASE NO. 1:97-cv-05248 REC-SMS<br><br>**STIPULATION REVISING SCHEDULE AND ORDER THEREON** |

    Plaintiff, Robert A. Cervantes, by and through his attorney of record, Brian C. Leighton, and Defendants, Delaine Eastin and California Department of Education, by and through their attorney of record, David Cheit, stipulate and agree as follows:

    Due to the unavailability of Plaintiff's co-counsel, Donald Lescoulie, who has been lead counsel in this case, the parties agree and stipulate to continue the Pretrial and Trial dates reflected in the Minute Order entered by this Court on June 21, 2005 as follows:

| Event | Original Date | Revised Date |
|---|---|---|
| Pretrial Conference | November 10, 2005 @ 2:00 p.m. Courtroom 4 | April 13, 2006 @ 2:00 p.m. Courtroom 4 |
| Jury Trial | January 18, 2006 @ 9:00 a.m. Courtroom One | June 6, 2006 @ 9:00 a.m. Courtroom One |

DATED:       November 15, 2005            Respectfully Submitted

/S/ BRIAN C. LEIGHTON
_____
BRIAN C. LEIGHTON, Attorney for Plaintiff Robert A. Cervantes

DATED:       November 15, 2005            STEVENS & O'CONNELL

/S/ DAVID A. CHEIT
_____
DAVID A. CHEIT, Attorney for Defendants, California Department of Education and Delaine Eastin

IT IS SO ORDERED.

**Dated:   November 17, 2005**            _____/s/ Sandra M. Snyder_____
icido3                                    UNITED STATES MAGISTRATE JUDGE

**STIPULATION REVISING SCHEDULE AND [PROPOSED] ORDER THEREON**       2