UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERVANTES ) | CV F 97-5248 REC/SMS |
| ) | |
| Plaintiff, ) | NEW CASE NUMBER: |
| ) | |
| v. ) | CV F-97-5248 OWW/SMS |
| ) | |
| EASTIN   etal ) | |
| ) | **ORDER REASSIGNING CASE** |
| ) | |
| Defendant. ) | Pre-Trial Conference Date: |
| ) | 4/19/06, 12:30 pm Ctrm. 3/OWW |
| ) | |
| | Trial Date: 6/6/2006, 9:00 Ctrm. 3/OWW (J/T 4-7 days) |

This matter is reassigned from the docket of United States District Judge Robert E. Coyle to the docket of United States District Judge Oliver W. Wanger.

To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

**CV F-97-5248 OWW**/SMS

Pretrial Conference is continued from 4/13/2006 at 2:00 pm before Magistrate Judge Snyder to 4/19/2006 at 12:30 before Judge Wanger. The Jury Trial will remain set on 6/6/2006 at 9:00 before Judge Wanger.

DATED: April 12, 2006

/s/ ROBERT E. COYLE
ROBERT E. COYLE
UNITED STATES DISTRICT JUDGE

1