BRIAN C. LEIGHTON, CA BAR 090907
701 Pollasky Avenue
Clovis, CA 93612
(559) 297-6190
Fax (559) 297-6194

DONALD LESCOULIE, CA BAR 82278
7100 N. Financial Drive, Suite 105
Fresno, CA 93720
(559) 432-9122
Fax (559) 431-2267

Attorneys for Plaintiff
    Robert A. Cervantes

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, *ex rel.*, ROBERT A. CERVANTES,<br><br>    Plaintiffs,<br><br>v.<br><br>DELAINE EASTIN, individually and as Superintendent of Public Instruction; CALIFORNIA DEPARTMENT OF EDUCATION, a department of the State of California; and COLEGIO DE AMNISTIA, INC., a California Corporation,<br><br>    Defendants. | CASE NO. CV-F-97-5248 OWW (SMS)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON** |

The parties of record in the above-entitled action have executed a Settlement Agreement and General Release of Claims with respect to the entire action herein. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties of record hereby stipulate that the entire action herein be dismissed with prejudice. Except for what is contained in the Settlement Agreement and General Release of Claims executed by the parties of record, each side will bear their own costs and attorneys' fees.

///

///

Defendant Colegio De Amnistia, Inc., has never appeared in this action and Plaintiff dismisses the action as to that Defendant.

| | | |
|---|---|---|
| DATED: | June 22, 2006 | Respectfully Submitted |

                                                /S/ BRIAN C. LEIGHTON
BRIAN C. LEIGHTON, Attorney for Plaintiff Robert A. Cervantes

DATED:   June 27, 2006   Respectfully Submitted

                                                /S/ DONALD LESCOULIE
DONALD LESCOULIE, Attorney for Plaintiff Robert A. Cervantes

DATED:   June 23, 2006   STEVENS & O'CONNELL

                                                /S/ DAVID A. CHEIT
DAVID A. CHEIT, Attorney for Defendants, California Department of Education and Delaine Eastin

## ORDER

Based upon the parties Stipulation that this entire cause of action be dismissed with prejudice, IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice with respect to all parties, with each side to bear its own costs and attorneys' fees, save and except for what is contained in the Settlement Agreement and General Release of Claims.

IT IS SO ORDERED.

**Dated:   June 28, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE